IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| NICOLE WAGY, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the defendant.

IT IS ORDERED that:

(1) The Clerk of Court shall file the letter.

(2) Treating the letter as a motion, the motion is denied.

(3) The Clerk of Court shall provide a copy of this order and the defendant's letter to the Eighth Circuit Court of Appeals Clerk of Court, counsel for the government, and to the defendant at defendant's last known address.

Dated November 18, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge